DANIEL RODRIGUEZ, ESQ., SBN 096625
JOEL T. ANDREESEN, ESQ., SBN 152254
NOAH J. MOSS, ESQ., SBN 302621
**RODRIGUEZ & ASSOCIATES**
**A PROFESSIONAL LAW CORPORATION**
1128 Truxtun Avenue
Bakersfield, CA 93301
Tel. No.: (661) 323-1400   Fax No.: (661) 323-0132

Attorneys for Plaintiff, SORYA JOHNSON

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SORYA JOHNSON, <br><br> Plaintiffs, <br><br> vs. <br><br> KNIGHT TRANSPORTATION, INC., et al., <br><br> Defendants. | **CASE NO.: 1:18-CV-1674-JLT** <br><br> **STIPULATION AND ORDER TO CONTINUE MANDATORY SETTLEMENT CONFERENCE** |

**IT IS HEREBY STIPULATED** by and between Plaintiff, SORYA JOHNSON, Defendant THOMAS GOSSARD, Defendant KNIGHT TRANSPORTATION, INC., and all attorneys of record, that the Mandatory Settlement Conference in the above-captioned matter currently scheduled for September 9, 2019 at 11:00 a.m. be continued to January 14, 2020 at 10:00 a.m.

1

The parties to this matter are currently engaged in meaningful discovery, including depositions to be conducted of Defendant THOMAS GOSSARD on September 27, 2019, Defendant KNIGHT TRANSPORTATION, INC.'s person most knowledgeable on October 14, 2019, and several percipient witnesses before the end of the year. At this stage, the parties have exchanged settlement demands and it is clear that the case is not currently in a posture to settle. It is the hope of all parties that settlement discussions after said discovery and depositions will be more productive.

Dated:  September 4, 2019　　　　　　　　RODRIGUEZ & ASSOCIATES


By: /s/  Noah J. Moss
　　　NOAH J. MOSS, ESQ.
　　　Attorney for Plaintiff


Dated:  September 4, 2019　　　　　　　　WOOD, SMITH, HENNING & BERMAN


By: /s/ Vanessa K. Herzog
　　　VANESSA K. HERZOG, ESQ.
　　　Attorney for Defendants

# ORDER

GOOD CAUSE APPEARING, the above request to continue the Mandatory Settlement Conference hearing in Case No. 1:18-CV-01674-JLT to January 14, 2020 at 10:00 a.m. is hereby accepted and adopted as the Order of this Court. The parties are ordered to appear at said date and time in this Court.

IT IS SO ORDERED.

Dated: **September 4, 2019**

UNITED STATES MAGISTRATE JUDGE