Kevin D. Smith (State Bar No. 113633)
ksmith@wshblaw.com
Vanessa K. Herzog (State Bar No. 248514)
vherzog@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
10960 Wilshire Boulevard, 18th Floor
Los Angeles, California 90024-3804
Phone: 310-481-7600 ♦ Fax: 310-481-7650

Attorneys for Defendants, KNIGHT TRANSPORTATION, INC. and THOMAS GOSSARD


Kevin D. Smith (State Bar No. 113633)
ksmith@wshblaw.com
Vanessa K. Herzog (State Bar No. 248514)
vherzog@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
10960 Wilshire Boulevard, 18th Floor
Los Angeles, California 90024-3804
Phone: 310-481-7600 ♦ Fax: 310-481-7650

Attorneys for Defendants, KNIGHT TRANSPORTATION, INC. and THOMAS GOSSARD

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SORYA JOHNSON,<br><br>   Plaintiff,<br><br> v.<br><br>KNIGHT TRANSPORTATION, INC.; THOMAS EARL GOSSARD; and DOES 1 to 100, inclusive,<br><br>   Defendants. | Case No. 1:18-cv-01674-LJO-JLT<br><br>**STIPULATED PROTECTIVE ORDER AND ORDER**<br><br>(Doc. 29) |

The parties, Plaintiff, SORYA JOHNSON ("Plaintiff") and Defendants, KNIGHT TRANSPORTATION, INC. and THOMAS EARL GOSSARD ("Defendants"), hereby stipulate for the purpose of jointly requesting that the honorable Court enter a protective order re: confidential documents in this matter (and pursuant to Fed. R. Civ. P. 5.2, 7, as well as U.S. Dist. Ct.., E.D. Cal. L.R. 141, 141.1, 143, and 251) as follows:

  1. The purpose of this stipulated protective order is to protect confidential and proprietary information contained within the relevant portions of Knight's policy manual ("Manual") and the saved SmartDrive video footage during the timeframe of the incident ("the Video") in response to Plaintiff's Request for Production of Documents No. 10 and 16, respectively, and in compliance with this Court's Order After Telephonic Conference and Discovery Dispute (*Dkt. 21*). The subjects are identifiable as follows:

(a) **VIDEOS FROM KNIGHT TRANSPORTATION'S INC.'S TRUCK DASHCAM OF TIME FRAME AROUND INCIDENT ("Video")**

(b) **RELEVANT PORTIONS OF KNIGHT'S POLICY MANUAL ("Manual")**

2. This stipulated protective order has been agreed upon by the parties to facilitate discovery and the production of materials in this action. Neither the entry of this order nor the production of any materials subject to this order will in any way be construed as an admission by Defendants, concession of liability by Defendants as to any cause of action, or an agreement as to the admissibility of the Video and/or Manual for any purpose.

3. This stipulated protective order is without prejudice to the right of any party to seek relief from the Court, upon good cause shown, from any of the restrictions provided herein, or to impose additional restrictions on the disclosure of information or material produced.

4. No party to this stipulated protective order shall produce any of the Video and/or Manual to any non-party to this protective order subject to the exceptions listed in Paragraph 4, above.

5. Access to and/or disclosure of the Video and/or Manual shall be permitted only to the following persons or entities:

    a. the Court;

    b. (1) Attorneys of record in this proceeding and their affiliated attorneys, paralegals, clerical and secretarial staff employed by such attorneys who are actively involved in this proceeding and are not employees of any part; (2) In-house counsel to the undersigned parties and the paralegal, clerical and secretarial staff employed by such counsel. Provided, however, that each non-lawyer given access to the Video and/or Manual shall be advised that such materials are being disclosed pursuant to, and are subject to, the terms of this stipulated protective order and that they may not be disclosed other than pursuant to its terms;

    c. those officers, directors, partners, members, and agents of all non-designating parties that counsel for such parties deems necessary to aid counsel in the prosecution and defense of this proceeding; provided, however, that prior to disclosure of the Video and/or Manual to any such officer, director, partner, member, employee, or agent, counsel for the party

LEGAL:10092-0043/12746370.1

-2-

STIPULATED PROTECTIVE ORDER

making the disclosure shall deliver a copy of this stipulated protective order to such person, shall explain that they are bound to follow the terms thereof, and shall secure from such person a signed declaration attesting their agreement to be bound to the terms of this stipulated protective order;

    d.    court reports in this proceeding (whether at depositions, hearings, or any other proceeding);

    e.    any deposition, trial, or hearing witness in the proceeding who previously has had access to the Video and/or Manual, or who is currently or was previously an officer, director, partner, member, employee, or agent of an entity that has had access to the Video and/or Manual;

    f.    any deposition or non-trial hearing witness in the proceeding who previously did not have access to the Video and/or Manual; provided however, that each such witness given access to the Video and/or Manual shall be advised that such materials are being disclosed pursuant to, and are subject to, the terms of this stipulated protective order and that they may not be disclosed other than pursuant to its terms;

    g.    mock jury participants, provided, however, that prior to disclosure of the Video and/or Manual to any such mock jury participant, counsel for the party making the disclosure shall deliver a copy of this stipulated protective order to such person, shall explain that such person is bound to follow the terms of such order, and shall secure a signed declaration from such person agreeing to be bound by the same;

    h.    outside experts or expert consultants consulted by the undersigned parties or their counsel in connection with this proceeding, whether or not retained to testify at any oral hearing; provided, however, that prior to the disclosure of the subject Video and/or Manual to any such expert or expert consultant, counsel for the party making the disclosure shall deliver a copy of this stipulated protective order to such person, shall explain that such person is bound to follow the terms of such order, and shall secure a signed declaration from such person agreeing to be bound by the same;

    i.    any other person or entity that Plaintiff and Defendants agree to in writing.

6.    The Video and/or Manual shall be used by the persons or entities receiving them

LEGAL:10092-0043/12746370.1    -3-
STIPULATED PROTECTIVE ORDER

only for the purposes of preparing for, conducting, participating in the conduct of, and/or prosecuting and/or defending this proceeding, and not for any business or other purpose whatsoever.

7. Any party to this proceeding who has not executed this stipulated protective order as of the time it is presented to the Court for signature may thereafter become a party to this stipulated protective order by its counsel's signing and dating a copy thereof and filing the same with the Court, and serving copies of such signed and dated copy upon the other parties to this stipulated protective order.

8. If any person subject to this stipulated protective order who has custody of the Video and/or Manual receives a subpoena or other process from any government or other person or entity demanding production of such materials, the recipient of such will promptly give notice of the same by electronic mail transmission, followed by either express mail or overnight delivery to counsel of record for Defendants, and shall furnish counsel for Defendants with a copy of the same. Upon receipt of this notice, Defendants may, in its sole discretion and at its own cost, move to quash or limit the subpoena, otherwise oppose production of the Video and/or Manual, and/or seek to obtain confidential treatment of such materials from the subpoenaing person or entity to the fullest extent available under law. The recipient of the subpoena may not produce the Video and/or Manual pursuant to the subpoena prior to the date specified for production on the subpoena.

9. Nothing in this stipulation for protective order shall be construed to preclude either party from asserting in good faith that the Video and/or Manual require additional protection. The parties shall meet and confer to agree upon the terms of such additional protection.

10. If, after execution of this stipulated protective order, the Video and/or Manual submitted by Defendants under the terms of this stipulated protective order is disclosed except as set forth herein, the disclosing party shall bring all pertinent facts relating to that disclosure to the immediate attention of Defendants.

11. Where the Video and/or Manual is included in any motion or other proceeding <u>in this action,</u> ~~governed by Eastern District Local Rule 230 and 251 (and in compliance with Eastern District Local Rules 141 and 141.1, if applicable),~~ the parties and any involved non-party shall

LEGAL:10092-0043/12746370.1

-4-

STIPULATED PROTECTIVE ORDER

1 follow ~~those rules~~ <u>the Local Rules related to requesting to be permitted to file documents under</u>
2 <u>seal. The mere fact that this protective order is issued does not justify any documents to be filed</u>
3 <u>under seal.</u> ~~With respect to discovery motions or other proceedings not governed by Eastern~~
4 ~~District Local Rule 230 and 251, the following shall apply: If the Video and/or Manual is~~
5 ~~submitted or otherwise disclosed to the Court in connection with discovery motions and~~
6 ~~proceedings, the same shall be separately filed under seal with the clerk of the Court in an~~
7 ~~envelope marked: "CONFIDENTIAL – FILED UNDER SEAL PURSUANT TO PROTECTIVE~~
8 ~~ORDER AND WITHOUT ANY FURTHER SEALING ORDER REQUIRED."~~

12. The parties shall meet and confer regarding the procedures for use of the Video and/or Manual at trial and shall move the Court for entry of an appropriate order.

13. Nothing in this stipulated protective order shall affect the admissibility into evidence of the Video and/or Manual, or abridge the rights of any person to seek judicial review or to pursue other appropriate judicial action with respect to any ruling made by the Court concerning the issue of the status of the same.

14. This stipulated protective order shall continue to be binding after the conclusion of this proceeding and all subsequent proceedings arising from this proceeding, except that a party may seek the written permission of Defendants or may move the Court for relief from the provisions hereto. To the extent permitted by law, the Court shall retain jurisdiction to enforce, modify, or reconsider this stipulated protective order, even after the proceeding is terminated.

15. Upon thirty (30) days after the settlement or other termination of this proceeding, the undersigned parties shall have thirty (30) days to either (a) promptly return to counsel for Defendants all copies of the Video and/or Manual (except that counsel for each party may maintain in its files, in continuing compliance with the terms of this stipulated protective order, all work product), (b) agree with counsel for the Defendants upon appropriate methods and certification of destruction or other disposition of such materials, or (c) file a motion seeking a Court order regarding proper preservation of the same. To the extent permitted by law the Court shall retain continuing jurisdiction to review and rule upon any such motion.

16. After this stipulated protective order has been signed by counsel for all parties, it

shall be presented to the Court for entry. Counsel agree to be bound by the terms set forth herein.

17. The undersigned parties and all signatories to declarations agreeing to be bound to the terms set forth herein agree to be bound by this stipulated protective order pending its approval and entry by the Court. In the event that the Court modifies this stipulated protective order, or in the event that the Court enters a different protective order, the parties agree to be bound by this stipulated protective order until such time as the Court may enter such different order. It is the parties' intent to be bound by the terms of this stipulated protective order pending its entry so as to allow for immediate production of the Video and/or Manual under the terms set forth herein.

**IT IS SO STIPULATED:**

DATED: Septmber 16, 2019          WOOD, SMITH, HENNING & BERMAN LLP


By: _/s/ Vanessa Herzog_
KEVIN D. SMITH
VANESSA K. HERZOG
Attorneys for Defendants, KNIGHT
TRANSPORTATION, INC. and THOMAS GOSSARD

DATED: September 16, 2019          RODRIGUEZ & ASSOCIATES


By: _/s/ Noah Moss_
NOAH MOSS, ESQ.
Attorney for Plaintiff, SORYA JOHNSON

# ORDER

Based upon the stipulation of the parties and with the modification made by the Court in paragraph 11, the Court **ORDERS**:

1. The stipulated as modified by the Court is **GRANTED**.

IT IS SO ORDERED.

Dated: __**September 24, 2019**__     _____**/s/ Jennifer L. Thurston**_____
UNITED STATES MAGISTRATE JUDGE

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 ♦ FAX 310-481-7650

# EXHIBIT A

## ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND

I, _____ , of _____, declare under penalty of perjury that I have read in its entirety and understand the Stipulated Protective Order that was issued by the United States District Court for the Northern District of California on _____ in the case of <u>*Sorya Johnson vs. Knight Transportation, et. al*</u>, Case No. 1:18-cv-01674-LJO-JLT. I agree to comply with and to be bound by all the terms of this Stipulated Protective Order and I understand and acknowledge that failure to so comply could expose me to sanctions and punishment in the nature of contempt. I solemnly promise that I will not disclose in any manner any information or item that is subject to this Stipulated Protective Order to any person or entity except in strict compliance with the provisions of this Order.

I further agree to submit to the jurisdiction of the United States District Court for the Northern District of California for the purpose of enforcing the terms of this Stipulated Protective Order, even if such enforcement proceedings occur after termination of this action.

I hereby appoint _____ of _____ as my California agent for service of process in connection with this action or any proceedings related to enforcement of this Stipulated Protective Order.

Date: _____

City and State where sworn and signed: _____

Printed name: _____

Signature: _____