1  Kevin D. Smith (State Bar No. 113633)
   ksmith@wshblaw.com
2  Vanessa K. Herzog (State Bar No. 248514)
   vherzog@wshblaw.com
3  Lisa Herme (State Bar No. 283111)
   lherme@wshblaw.com
4  **WOOD, SMITH, HENNING & BERMAN LLP**
   10960 Wilshire Boulevard, 18th Floor
5  Los Angeles, California 90024-3804
   Phone: 310-481-7600 ♦ Fax: 310-481-7650
6  Attorneys for Defendant, KNIGHT TRANSPORTATION, INC.

7
   Noah J. Moss (State Bar No. 302621)
8  noah@rodriguezlaw.net
   **RODRIGUEZ & ASSOCIATES**
9  2020 Eye Street
   Bakersfield, CA 93301
10 Phone: 661-323-1400 ♦ Fax: 661-323-0132
   Attorneys for Plaintiff, SORYA JOHNSON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SORYA JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>KNIGHT TRANSPORTATION, INC.; THOMAS EARL GOSSARD; and DOES 1 to 100, inclusive,<br><br>    Defendants. | Case No. 1:18-cv-01674-LJO-JLT<br><br>**STIPULATION AND ORDER TO DEFENSE MEDICAL EXAMINATION PURSUANT TO RULE 35 OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>(Doc. 29) |

**IT IS HEREBY STIPULATED** by and between Plaintiff, Sorya Johnson ("Plaintiff") and Defendants Knight Transportation, Inc. and Thomas Earl Gossard ("Defendants"), through their designated counsel, that Plaintiff will undergo a physical examination pursuant to Rule 35 of the Federal Rules of Civil Procedure. Said examination shall take place on October 22, 2019 and will be conducted by Dr. Richard Kahmann, M.D. commencing at 10:00 a.m. at Kelehers Court

Reporters Office, 19237 Flightpath Way #100, Bakersfield, CA 93308. Attached to this stipulation as Exhibit "A" is a true and correct copy of Dr. Kahmann's Curriculum Vitae setting forth his qualifications and background.

This examination will be conducted for the purposes of determining the nature and extent of Plaintiff's physical injuries and the relationship thereof to the alleged accident which is the subject of this litigation. Federal Rule of Civil Procedure 35(a) provides for a "physical examination." Plaintiff will not be required to give a full medical history, which counsel for Defendant will have ample time to question her about during deposition examination. Further, Plaintiff will not be required to submit to any invasive testing, including without limitation, X-Rays, MRIs, arthrograms, blood testing, and/or other such intrusive procedures. Further, Plaintiff will not be required to give more than general information about the collision given that counsel for Defendant will have ample opportunity to question Plaintiff on the details during deposition. Last, Plaintiff will not be required to answer questions related to the issue of causation, which is properly reserved for expert testimony.

This examination will not include any procedure that is painful, protracted, or intrusive. Photographs of Plaintiff's injuries may be taken for use at trial.

**IT IS FURTHER STIPULATED** that Defendants will provide Plaintiff a copy of a detailed written report setting out the history, examinations, findings, including the results of all tests made, diagnosis, prognosis, and conclusions of the examiner, Dr. Richard Kahmann, M.D, within 15 days upon Defendants' receipt of the same.

Plaintiff shall be responsible for Dr. Kahmann's customary cancellation fee of $1,200.00 should she fail to appear for the scheduled examination or should she fail to provide more than five (5) days notice.

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 ♦ FAX 310-481-7650

| | | |
|---|---|---|
| DATED: September 18, 2019 | | WOOD, SMITH, HENNING & BERMAN LLP |
| | By: | /s/ Vanessa K. Herzog |
| | | KEVIN D. SMITH |
| | | VANESSA K. HERZOG |
| | | LISA HERME |
| | | Attorneys for Defendant, KNIGHT TRANSPORTATION, INC. |
| DATED: September 18, 2019 | | RODRIGUEZ & ASSOCIATES |
| | By: | /s/ Noah J. Moss |
| | | NOAH J. MOSS |
| | | Attorneys for Plaintiff, SORYA JOHNSON |

IT IS SO ORDERED.

Dated: **September 24, 2019**        **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

LEGAL:10092-0043/12786781.1

-3-

STIPULATION AND ORDER TO DEFENSE MEDICAL EXAMINATION PURSUANT TO RULE 35 OF THE FEDERAL RULES OF CIVIL PROCEDURE

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 ♦ FAX 310-481-7650

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 ♦ FAX 310-481-7650

**SERVICE LIST**
**Sorya Johnson v. Knight Transportation, et al.**
**BCV-18-102791**

Daniel Rodriguez, Esq.
Joel T. Andreesen, Esq.
Noah J. Moss, Esq.
Rodriguez & Associates
1128 Truxtun Ave.
Bakersfield, CA 93301
Tel: (661) 323-1400
Fax: (661) 323-0132
Emails: DR@rodriguezlaw.net
JAndreesen@rodriguezlaw.net
Noah@rodriguezlaw.net

**ATTORNEYS FOR PLAINTIFF, SORYA JOHNSON**