# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SORYA JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>KNIGHT TRANSPORTATION, INC., et al.,<br><br>        Defendants. | Case No.: 1:18-cv-01674-JLT<br><br>ORDER AFTER INFORMAL TELEPHONIC DISCOVERY CONFERENCE<br><br>(Doc. 33) |

At the request of the plaintiff's attorney, the Court held an informal telephonic conference regarding a dispute over discovery responses. (Doc. 37) At the conference, some issue had already been resolved, some were not resolved and some may be resolved via an in camera review. Thus, the Court **ORDERS**:

1. The plaintiff may file a motion to compel the unresolved issues no later than January 10, 2020;

2. No later than December 18, 2019, counsel for the defendants SHALL lodge to JLTOrders@caed.uscourts.gov the "insurance claims files," and the portions of the training manual related to equipment maintenance and "driver training," which includes information about how drivers may avoid injuries and reporting traffic accidents. (The Court's description of these training modules is inartful. There was full discussion at the

conference about the specific portions of the training manual at issue, so the Court is confident both sides understand what is at issue.)

Alternatively, by December 18, 2019, defense counsel may alert plaintiff's counsel that the defendants have chosen to forego the in camera review. If this occurs, the plaintiff may include in her motion to compel the discovery requests implicated by these documents.

IT IS SO ORDERED.

Dated: **December 12, 2019**          **/s/ Jennifer L. Thurston**
                                      UNITED STATES MAGISTRATE JUDGE