**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SORYA JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>KNIGHT TRANSPORTATION, INC., et al.,<br><br>    Defendants. | ) Case No.: 1:18-cv-01674-JLT<br>)<br>) ORDER AFTER IN CAMERA REVIEW<br>)<br>) (Doc. 33)<br>)<br>)<br>)<br>) |

Upon the agreement of counsel at the informal telephonic conference regarding discovery disputes, the Court agreed to conduct an in camera review of certain documents to determine whether they are responsive to discovery requests. (Doc. 39) This has been completed. Based upon the review, the Court **ORDERS**:

1. The defendant SHALL produce a redacted copy of the "Internal Claim Note" reflecting: (1) the statement of the officer to the claims representative describing the plaintiff's statement (p. 4, line numbered "2" under the heading "Accident/Incident"), and (2) the statement of Mr. Gossard made to the claims representative (p. 5 beginning at the line numbered "15" and concluding on the line *following* that numbered "16");

2. The defendant SHALL produce pages 9 and 10 entitled "Introduction" and "Right/Left Side" of the "Driver Associate Training Program" training module;

1

3. The Court finds no other document produced to be pertinent to the issues implicated by this litigation.

IT IS SO ORDERED.

Dated: __**December 23, 2019**__      __**/s/ Jennifer L. Thurston**__
UNITED STATES MAGISTRATE JUDGE