# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SORYA JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KNIGHT TRANSPORTATION, et al.,<br><br>　　　　Defendants. | Case No.: 1:18-cv-01674 JLT<br><br>ORDER GRANTING STIPULATION RE: TRIAL SCHEDULE |

　　　　Based upon the stipulation of counsel, the Court **ORDERS** the dates related to the trial to be continued as follows:

　　　　1.　　The trial is set on **October 13, 2020**;

　　　　2.　　The exhibit conference **SHALL** be completed no later than **August 28, 2020** with any exhibits not previously provided to opposing counsel to be sent by email or overnight delivery, so they are received by **August 21, 2020**. The exhibit binders **SHALL** be delivered to the courtroom deputy clerk no later than **October 8, 2020**;

　　　　3.　　Motions in limine, if any, **SHALL** be filed no later than **September 3, 2020**. Opposition briefs **SHALL** be filed no later than **September 17, 2020**. Reply briefs are no authorized. The Court sets a hearing on the motions in limine on **September 24, 2020**;

　　　　4.　　Trial briefs, if any, may be filed no later than **October 2, 2020**;

　　　　5.　　Proposed jury voir dire **SHALL** be filed no later than **October 2, 2020**;

1

6. Undisputed and disputed jury instructions and verdict forms **SHALL** be filed no later than **September 25, 2020**.  Counsel **SHALL** exchange their proposed jury instructions and verdict forms no later than **September 4, 2020** and confer about the jury instructions and verdict form no later than **September 21, 2020**;

**Counsel and the parties SHALL comply with all other requirements of the pretrial and the scheduling orders.**

IT IS SO ORDERED.

Dated:   **April 19, 2020**                             **/s/ Jennifer L. Thurston**
                                                                        UNITED STATES MAGISTRATE JUDGE

2