# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SORYA JOHNSON,<br><br>         Plaintiff,<br><br>    v.<br><br>KNIGHT TRANSPORTATION, et al.,<br><br>         Defendants. | Case No. 1:18-cv-01674-LJO-JLT<br><br>**ORDER SETTING TRIAL AND PRETRIAL CONFERENCE DATES** |

With the agreement of the parties, the Court **ORDERS**:

1. The trial is set on **October 18, 2021** at 8:30 a.m.;
2. A further pretrial conference is set on **August 17, 2021** at 10:00 a.m.  The updated joint pretrial conference report **SHALL** be filed **no later than August 3, 2021**.

IT IS SO ORDERED.

   Dated:   **March 21, 2021**                    **/s/ Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE

15593644.1:10092-0043

[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO EXTEND SCHEDULING DEADLINES

Based on the Parties' Joint Stipulation for Trial Date and PreTrial Deadlines, and good cause appearing, the Court hereby enters the following order:

1. A Jury Trial is scheduled for **May 24, 2021**.

2. PreTrial Deadlines are set as follows:

Exhibits

On or before **April 9, 2021** counsel **SHALL** meet and confer to discuss any disputes related to exhibits and to pre-mark and examine each other's exhibits.[1] Any exhibits not previously disclosed **SHALL** be provided via email or overnight delivery so that it is received by **April 2, 2021**.

After the exhibit conference, Plaintiff and counsel for the defendants **SHALL** develop four complete, legible sets of exhibits. The parties **SHALL** deliver three sets of their exhibit binders to the Courtroom Clerk and provide one set to their opponent, no later than 4:00 p.m. on **May 21, 2021.**

Motions in Limine

---

[1] To the extent the parties have previously met and conferred on any issues referenced in this Stipulation, the parties hereby stipulate and agree, that the new proposed dates supersede the previous dates set forth in the April 20, 2020 Order Granting Stipulation re: Trial Schedule (Dkt 55) and will comply with the new dates set forth in this Stipulation, pending Court approval.

In advance of filing any motion in limine, counsel **SHALL** meet and confer to determine whether they can resolve any disputes and avoid filing motions in limine. The conference should be in person but, if not possible, **SHALL**, at a minimum, be telephonic. Written meet-and-confer conferences are unacceptable. Along with their motions in limine, the parties **SHALL** file a certification detailing the conference such to demonstrate counsel have in good faith met and conferred and attempted to resolve the dispute. Failure to provide the certification may result in the Court refusing to entertain the motion.

Any motions in limine must be filed with the Court by **April 23, 2021**. Any opposition with the Court by **May 10, 2021**. A hearing on the motions in limine is set for **May 18, 2021** at 3:00 p.m..

Trial Brief

The parties are relieved of their obligations under Local Rules 285 to file trial briefs. If any party wishes to file a trial brief, they must do so in accordance with Local Rule 285 and be filed on or before **May 14, 2021**.

Jury Voir Dire

The parties are required to file their proposed voir dire questions in accordance with Local Rule 162.1, on or before **May 14, 2021**.

Jury Instructions & Verdict Form

The parties shall serve, via email or fax, their proposed jury instructions in accordance with Local Rule 163 and their proposed verdict form on one another no

later than **April 16, 2021**. The parties shall conduct a conference to address their proposed jury instructions and verdict form no later than **May 3, 2021**. The parties shall file all agreed-upon jury instructions and verdict form no later **May 7, 2021** and identify such as the agreed-upon jury instructions and verdict forms. At the same time, the parties SHALL lodge via e-mail a copy of the joint jury instructions and joint verdict form (in WORD format) to JLTOrders@caed.uscourts.gov.

If and only if, the parties after a genuine, reasonable, and good faith effort, cannot agree upon certain specific jury instruction and verdict form, the parties shall file their respective proposed (disputed) jury instructions and proposed (disputed) verdict form no later than **May 7, 2021** and identify such as the disputed jury instructions and verdict forms. At the same time, the parties SHALL lodge via e-mail, a copy of his/her own (disputed) jury instructions and proposed (disputed) verdict form (in WORD) format to JLTOrders@caed.uscourts.gov.

IT IS SO ORDERED.

   Dated:   **March 21, 2021**                    **/s/ Jennifer L. Thurston**
                                              UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 ♦ FAX 310-481-7650

15593644.1:10092-0043

-1-

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND SCHEDULING DEADLINES