UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SORYA JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>KNIGHT TRANSPORTATION, et al.,<br><br>    Defendants. | Case No. 1:18-cv-01674 JLT<br><br>**AMENDED ORDER SETTING TRIAL AND PRETRIAL CONFERENCE DATES** |

With the agreement of the parties, the Court **ORDERS**:

1. The trial is set on **October 18, 2021** at 8:30 a.m.;

2. A further pretrial conference is set on **August 17, 2021** at 10:00 a.m.  The updated joint pretrial conference report **SHALL** be filed **no later than August 3, 2021**.

IT IS SO ORDERED.

Dated:   **April 22, 2021**              /s/ Jennifer L. Thurston
                                        UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28