# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SORYA JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KNIGHT TRANSPORTATION, INC., et al.,<br><br>　　　　　Defendants. | Case No.: 1:18-cv-01674-BAK (SAB)<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 65) |

　　　　The parties report that they have settled the matter and indicate they will seek dismissal of the action within 45 business days. (Doc. 65) Thus, the Court **ORDERS**:

　　　　1.　　The stipulation to dismiss the action **SHALL** be filed **no later than April 28, 2022**; and

　　　　2.　　All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated:　__**February 23, 2022**__　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE