# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SORYA JOHNSON,<br><br>         Plaintiff,<br><br>   v.<br><br>KNIGHT TRANSPORTATION, INC., et al.,<br><br>         Defendants. | Case No.: 1:18-cv-01674-BAK (SAB)<br><br>ORDER CLOSING THE CASE<br><br>(Doc. 67) |

The parties have stipulated to the action being dismissed in its entirety without prejudice. (Doc. 67). The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately without further order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:   **March 10, 2022**

UNITED STATES MAGISTRATE JUDGE